# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIRLEY BRADFORD,<br>　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION AND SETERUS, INC.,<br>　　Defendants/Counter-Plaintiffs. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.4:15-cv-2162 |

## DECLARATION OF PHILIP W. DANAHER

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.  "My name is Philip W. Danaher. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct, and within my personal knowledge.

2.  I am an attorney for Defendants/Counter-Plaintiffs Federal National Mortgage Association and Seterus, Inc. ("Defendants").

1.  Plaintiff filed her Original Petition against Defendants on May 28, 2015, in the 333rd Judicial District Court of Harris County, Texas, Cause No. 2015-30624.

2.  Defendants filed their Notice of Removal to Federal Court on July 28, 2015. (ECF Document No. 1.)

3.  Defendants filed their Original Counterclaim on July 28, 2015. (ECF Document No. 3.) and served said counterclaim on counsel for Plaintiff by ECF notification on the same date.

4.   Plaintiff's answer or other response to the Original Counterclaim was due on or before August 11, 2015. FED. R. CIV. P. 12(a)(1)(A)(i).

4.   I further certify that Plaintiff has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; and Plaintiff is not an infant (under age 21) or incompetent person.

5.   Defendants and the undersigned have determined that Plaintiff Shirley Bradford is not in the military services. Attached as Exhibit A-1 is a Military Status Report provided by the Defense Manpower Data Center (DMDC) website pursuant to the Service Members Civil Relief Act, 50 U.S.C. App. 521, § 201.

FURTHER DECLARANT SAYETH NOT."

Signed this 14th day of January, 2016.

_____
PHILIP W. DANAHER

# EXHIBIT A-1

Department of Defense Manpower Data Center

SCRA 3.1



# Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: **BRADFORD**

First Name: **SHIRLEY**

Middle Name:

Active Duty Status As Of: **Jan-14-2016**

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data bank of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or His/Her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon* (signature)

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Uif!Efgotf!Nboqpxfs!Ebub!Dfoufs)ENED*!jt!bo!pshboj{bujpo!pgUif!Efqbsunfou!pgEfgotf!)EpE*!uibu!bjoubjot!uif!Efgotf!Fospmmfouboe!Frjhjcjrjux Sfqptjoh!Tzufn!)EFFST*!ebubcbtf!xijdi!jt!uif!pgjdjbrhpvsdf!pgebub!po!fmjhjcjrjx!gpsmjmjbsz!nfejdbrdbsf!boe!puifs!rjhjcjrjx!tztfnt/

Uif!EpE!tuspohm!tvqqpsu!uif!ofpsfnfoupgu!Tfswjdfnfnbfst!Djwjrh!Sfnjg!BduL)61!VTD!Bqq/!6!612!futfr-!bt!bn!foefe*!)TDSB*!)gpsnfsmlj!opxo!bt!uif Tpmejfst!(!boe!Tbjmpst!(!Djwjrh!Sfrjg!BduLpg2:51*/!!EN.ED!ibt!jttvef!i!voesfe!pgu!pvtboet!pg#epft!opLqptttfft!boz!jogprn!bujpo!joejdbujoh!uiu!uifejejevbm jt!dvssfoumpn!boadujw!ehvz#!sftqpotft-!boe!ibt!jf!yqfsjfodfepnz!bmkfsspsbuof/!!Lb!uifw!ouLuifjejwjevbrhsfgfpdfebcpwf-!pst!boz!jbmjn!cft gjfoe-!pslsfqtfsoubjuf!bt!btsjbjoboz!inbLbtuif#jjwjevbrhosLuifdujw!evuztubut!fbuf-!pslsspbufsxjtfLpgjuofupLuifqpufdujpot pgLuifTDSBLozpvbsftuspohmfpdpvsbhfbupcLbojoLqysufswjdfjfqstpoL)ttbustz!cz!dpoubduboLbubLqfstpoLTfswjdfLwjbLbLjtVSM, iugt;00c/efgotf/hpwQ.vcjdRvfsjft0qvcjdRvftupot0GbrtBots fst/ktq@Tvcfjdu-Mpdbujoh!Tfswjdf!Nfncfst!pbLHfujoibLNbjnj!Beesftt!/!jzpv!j bw fwjefodLuif!pbstpo!x bt!poLbdujw!evuztLpsLuifLbdujw!evuzLtubvtLebuf!boeLzpv!gpjmmp!pcubjpkLuijt!beejupobhTfswjdf!wf!gjdbjpo-!qvojuhjLqspvjtjpot!pLuif TDSB!nbz!cf!jowpLfbhbjotLzpv!//Tff!61!VTD!Bqq/!!632)d*/

Uijt!sftqpotfjsgvdtuLuifLgmpxjoh!jogpsnbujpo;!!)2*!Uif!jejwjevbrhbBdujwfEvzustvbt!po!uifBdujwfTubvtbEbuf!)3*!Xifuifs!uifjejwjevbmhBdujwfEvzustbtx!jujo!478!ebztLqsfdfejoh!uif!BdujwfTubvt!bEbuf!)4*!Xifuifs!uifjejwjevbrhps!jt 0fsvojsdefjwfefbnopjdjbujpoLupsLqspLspbdujwfevzpoLuif!BdujwfTubvt!bEbuf/

## Npsf!jogpsnbujpo!po!#Bdujwf!Evuz!Tubvt#

Bdujwf!evyt!tubvtbtfsqsfefjoLjtLdfsfbubLjtefjogfejoLbddpsebodfLxui!21!VTD!@212)e*!)2*/!Qsjpsup!3121!pomtpnf!pgu!f!bdujwf!evzsftqpotft!nftt uibo!41!dpotfdvjwfebztLjoLmohu!xfsbwbjmbcmnL/bui!fbdt!pgbLnfncfstpguifObjpobrhHvbseLuij!jodmvefttfswjdf!voefsbdbmup!bdujwf!tfswjdf bvuipsj{febzLuiLfQsftjefouupsLuifTdsftbsz!pgEfgotf!voefst!43!VTD!@613)g!gostqvsqpftt!pfgstqpoejoh!upLbobujpobmnfnshfodzLefdbsftfbzLuif Qsftjefouboe!tvqqpsfbcz!Gfefsbhpvzfsot/!!BmLBdujwf!Hvbse!Sftfswf!)BHS*!nfncfst!nvtLcf!bttjhofbhbjoboLbvuipsj{febpojLbujpoLqpttjujpoLjoLuif vojuif z!tvqqpsu/!!Uij jtjodmfft!Obwz!Usbjojoh!boe!Benjojtubujpo!pgu!Sftftwft!)UBSt*-!Nbsjof!Dpsqt!Bdujwf!Sftftwft!)BSt*!boe!Dpbt!tLHvbsef!Sftftwf Qsphsbn!Ben jojtbupst!)SQBt*/!!Bdujwf!Evytubv!brmpbqqmjft!upLbLVojgpsnfefTfswjdf!Nfncfst!x jp!jt!boLbdujwf!evuzdpn njttjofefpggjdfst!pgu!f!V/T/ Qvcjrdl!f bmi!Tfswjdf!ps!uif!Obujpobrh Pdfbjdboe!Bun ptqifsjdBen jojtubujpo!)OPBB!Dpnnjttjpofef!Dpsqt*/

## Dpwfsbhf!Voefsuif!TDSB!jt!Cspbefsjo!Tpnf!Dbtft

Dpwfsbhf!voefsu!f!TDSB!jt!cspbefsjoLtpnf!dbtft!boe!jodmveft!!tpn f!dbuhpsjft!pgqfstpoLpo!bdujwf!evyt!gpsqvsqptft!pguif!TDSB!xi p!xpvmnopLcf sfqpsfebtbtpo!BdujwfLEvyt!voefsuL!jtdfsjgjdbuf!/!!TDSB!qspufdujpot!bsf!gpsLUjurnf!21!boeLUjurnf!25!bdujwf!evutfsfdpsflt!gpsLbrmoui f!Vojgpsn fefTfswjdft!qfsjpet!. Ujurnf!43!qfsjpet!pgBdujwf!Evzbsf!opLdpwfsef!cz!TDSB!bLuif!efjogof!jo!bddpsebodf!xui!21!VTD!@212)e*!)2*/

Nbozlj n ft!opfest!bsf!bn foefe!upLf yufoe!uif!qfsjpe!pgbdujwf!evz-!xi djx!pvmefyu f yoe!uif TDSB!qspufdujpot/!Qf stpot!t!ff!I joh!up!sn!po!uijt!x f ct!ju df sujgjdbujpo!t !pvme!dl!up!n blf !t vsf!uif !psftst!po!x jdi !TDSB!qspufdujpot!bsf!cbtef!i bwf !opLcf f o!bn foef e!up!f yf ouf !uif !jodmvtjw !ebut!pgsftswjdf / Gvsui fsn psf -!t pnf !qspufdujpot!pgu f !TDSB!n bz!yfvo!e !up!qfstpot!x j p!i bw !sfdfjw f!psefst!up!sf qpsLpsbdujw f!evz!pLcf !joevdufe-!cvu!x i p!i bw !opu bduvbmnf!hvo!bdujw !psbdvbnft!qfsjpe!psjoevdujpo/!!Uif !MbstLEbuf !po!Bdujw !Evzf oy!jt jn qsbou!cf dbvtf!b!ovn cf s!pgpufdujpot!pgu f !TDSB f yuf oe!cf zpoe!uif !nbtLebuf !pgbdujw !evz/

Ui pt f !x i p!dpvn fsnpo!jt !dfsfjgbuf !bsf !vshf !up!t f f l I !rvbrjf e!rfnhbmdpvotf mp!fotvsf !uibubmnsjhi ut!hvbsboufe!up!Tfswjdf !N fn cfst!voefst!uif !TDSB bsf !qspufduf

X BSOJOH;!!Uijt !dfsjgbuf !x bt!qspwje e!cbtf e!po!bmn tLobn f -!TTOGebuf !pgcjsu -!boe!bdujw !evuzt ubvt !ebuf !qspwjef e!cz!uif !sfrvftufs/!!Qspwjejoh fsspof pvt!jogpsn bujpo!x jmodbvtf !bo!fsspof pvt!df sjgjdbuf !up!cf !qspwjef e/

## Df sujgjdbuf !JE;!27Y2U3B143C9T31