IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHIRLEY BRADFORD,** § | |
|    Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | Civil Action No.4:15-cv-2162 |
| § | |
| **FEDERAL NATIONAL MORTGAGE** § | |
| **ASSOCIATION AND SETERUS, INC.,** § | |
|    Defendants/Counter-Plaintiffs. § | |

### CLERK'S ENTRY OF DEFAULT AS TO PLAINTIFF SHIRLEY BRADFORD

On this _____ day of _____, 2016, it appears from the Request for Entry of Default and declarations in support of default against Plaintiff Shirley Bradford that the plaintiff named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

Now, therefore, the DEFAULT of the following named Plaintiff is hereby entered on the claims against her filed by Defendants/Counter-Plaintiffs Federal National Mortgage Association and Seterus, Inc.:

   - Shirley Bradford.

 

_____
**CLERK OF COURT**