IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIRLEY BRADFORD,<br>    Plaintiff/Counter-Defendant, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No.4:15-cv-2162 |
| | § | |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION AND SETERUS, INC.,<br>    Defendants/Counter-Plaintiffs. | §<br>§<br>§<br>§ | |

## DEFENDANTS' SUPPLEMENT TO THEIR REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO PLAINTIFF

Defendants/Counter-Plaintiffs Federal National Mortgage Association and Seterus, Inc. (together as "Defendants"), by and through their undersigned counsel, on behalf of themselves and their successors and assigns in interest, hereby file this Supplement to Request for Clerk's Entry of Default as to Plaintiff, and state as follows:

1. Defendants/Counter-Plaintiffs filed their Request for Entry of Default Judgment on January 14, 2016, as ECF Document No. 8, along with Exhibits A, A-1.

2. It has been brought to Defendants/Counter-Plaintiffs' attention that the Exhibit A-1 is illegible.

3. Defendants/Counter-Plaintiffs are hereby filing their Supplement to said Request for Clerk's Entry of Default in order to correct the exhibits to the original filing.

4. Attached hereto to this Supplement is the revised declaration and a legible Exhibit A-1, the status report pursuant to Servicemembers Civil Relief Act as of this date.

5. Defendants are entitled to an entry of default as to Plaintiff because she did not answer or otherwise defend the Original Counterclaim.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that clerk enter a default as to Plaintiff Shirley Bradford on their claims, and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

By: */s/ Philip W. Danaher*
   **MARK D. CRONENWETT**
   Texas Bar No. 00787303
   mcronenwett@mwzmlaw.com

   **PHILIP W. DANAHER**
   Texas Bar No. 24078395
   pdanaher@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

*Attorneys for Defendants / Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing to be delivered to the following via ECF notification on this the 19th day of January, 2016.

Ray L. Shackelford
Texas Bar No. 18071500
1406 Southmore Blvd.
Houston, TX 77004

 */s/ Philip W. Danaher*
**PHILIP W. DANAHER**